IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00009-WYD
Civil Action No. 11-cv-02057-WYD

UNITED STATES OF AMERICA,

v.

JUAN PABLO BELTRAN,

    Movant.

---

## JUDGMENT
---

Pursuant to and in accordance with the Order Denying 28 U.S.C. § 2255 Motion entered by the Honorable Wiley Y. Daniel, the following Judgment is hereby entered:

It is ORDERED that the motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct sentence, filed August 5, 2011, is DENIED without prejudice.

It is FURTHER ORDERED that the instant civil action is dismissed without prejudice.

Dated at Denver, Colorado this ___15th___ day of August, 2011.

                            FOR THE COURT:

                            GREGORY C. LANGHAM, CLERK

                            By: __s/ Edward P. Butler__
                                Edward P. Butler, Deputy Clerk